In the Matter of OTES G. RODRIGUEZ, Appellant, v THOMAS LA-VALLEY, as Superintendent of Clinton Correctional Facility, Respondent.

Submitted December 29, 2014; decided February 24, 2015

Motion for reconsideration of this Court's May 1, 2014 dismissal order denied [*see* 23 NY3d 933 (2014)].

Judges PIGOTT and STEIN taking no part.

STRAUSS PAINTING, INC., Appellant-Respondent, v MT. HAWLEY INSURANCE COMPANY, Respondent-Appellant, and METROPOLITAN OPERA ASSOCIATION, INC., Respondent.

Submitted January 5, 2015; decided February 24, 2015

Motion for reargument denied [*see* 24 NY3d 578 (2014)].

Judges STEIN and FAHEY taking no part.

GEORGE VIEYRA, Individually and on Behalf of All Others Similarly Situated, Appellant, v PENN TOYOTA, LTD., et al., Respondents.

Submitted December 29, 2014; decided February 24, 2015

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed the Supreme Court order denying renewal, dismissed upon the ground that such portion of the order does not finally determine an action or proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.